IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAILCOUPS, INC., | No. C-03-3474 EDL |
| Petitioner, | ORDER DENYING REQUEST FOR LIFTING OF STAY |
| v. | |
| CONNIE A. NAGRAMPA, | |
| Respondent. | |

On October 6, 2003, the Court issued an order to stay proceeding pending a decision by the Ninth Circuit on the appeal of a related case, Nagrampa v. MailCoups, Inc., No. 03-15955, D.C. No. C-03-00208 MJJ. On April 6, 2005, Petitioner MailCoups, Inc. ("MailCoups") filed a request to lift the stay of this action following the issuance of a panel decision on March 21, 2005 by the Court of Appeals in the related case.

On April 4, 2005, Respondent Connie A. Nagrampa ("Nagrampa") filed a petition for rehearing and petition for rehearing en banc in the related case. On April 7, 2005, the Court of Appeals directed MailCoups to file a response to Nagrampa's petition. As that matter is still pending before the Court of Appeals, the stay of this action remains in effect.

IT IS ORDERED that

    1.    MailCoups' request to lift the stay is DENIED; and

2. MailCoups' requests to set a hearing date and briefing schedule on its Petition to Confirm Arbitration Award are DENIED.

Dated: April 22, 2005

/Electronic Signature Authorized/
ELIZABETH D. LAPORTE
United States Magistrate Judge