Leslie A. Bailey (SBN 232690)
Victoria W. Ni
PUBLIC JUSTICE
555 12th Street, Suite 1620
Oakland, CA 94607
Tel: (510) 622-8150, ext. 203

F. Paul Bland, Jr. (admitted *pro hac vice*)
PUBLIC JUSTICE
1825 K Street, NW, Suite 200
Washington, D.C. 20006

Attorneys for Respondent Connie Nagrampa

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAILCOUPS, INC., a Delaware corporation,<br><br>Petitioner<br><br>v.<br><br>CONNIE A. NAGRAMPA, an individual,<br><br>Respondent. | Case No: C-03-3474 EDL<br>Judge: Elizabeth D. Laporte<br><br>**[PROPOSED] ORDER LIFTING STAY, DISMISSING PETITION TO CONFIRM ARBITRATION AWARD, AND VACATING ARBITRATION AWARD**<br><br>[Filed concurrently with Notice of Finality of Ruling by Ninth Circuit, Request for Lifting of Stay, and Consent Motion to Vacate Arbitration Award; Declaration of Leslie A. Bailey in Support of Consent Motion to Vacate Arbitration Award; Notice of Change of Firm Name] |

[Proposed] Order Lifting Stay, Dismissing Petition to Confirm Arbitration Award, and Vacating Arbitration Award – Case No. C-03-3474 EDL

1

On December 4, 2006, the Ninth Circuit in a related case, *Nagrampa v. MailCoups, Inc.*, 469 F.3d 1257 (9th Cir. 2006), determined that the arbitration clause of Petitioner Mailcoups, Inc. ("Mailcoups") is invalid and unenforceable. This decision and the Notice of Finality of Ruling by Ninth Circuit, Request for Lifting of Stay, and Consent Motion to Vacate Arbitration Award filed by Respondent Connie Nagrampa ("Nagrampa") having been considered by the Court, and good cause appearing therefore:

IT IS ORDERED that

1. The stay has been lifted on this action;

2. MailCoups' petition to confirm the arbitration award is DISMISSED.

3. Nagrampa's motion to vacate the arbitration award is GRANTED.

Dated: __March 23, 2007__

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

[Proposed] Order Lifting Stay, Dismissing Petition to Confirm Arbitration Award, and Vacating Arbitration Award – Case No. C-03-3474 EDL

2